UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LIZET LEMUS HERNANDEZ #A219-799-853

VERSUS

FACILITY ADMINISTRATOR SOUTH LOUISIANA I C E PROCESSING

CASE NO.  6:26-CV-00313 SEC P

JUDGE TERRY A. DOUGHTY

MAGISTRATE JUDGE CAROL B. WHITEHURST

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 15], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Lizet Lemus Hernandez's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 30th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Page **1** of **1**